UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODESSA WITTE,<br><br>         Plaintiff,<br><br>v.<br><br>SUDBERRY PROPERTIES, RACHELLE MERLO, DAVID SCHNEIDER, and BILL MAYER,<br><br>         Defendants. | Case No.: 25-CV-1590 TWR (DDL)<br><br>**ORDER OF DISMISSAL** |

On September 9, 2025, the Court dismissed without prejudice each of Plaintiff Odessa Witte's causes of actions in her Complaint for Damages and Injunctive Relief and granted Plaintiff twenty-one days' leave to file an amended complaint. (*See generally* ECF No. 18.)  The Court explicitly warned Plaintiff that, "***[s]hould Plaintiff fail timely to file an amended complaint, the Court will dismiss this action without prejudice to Plaintiff reasserting any still-viable claims in a suitable forum, including the Superior Court***." (*See id.* at 12 (emphasis in original).)  As of the date of this Order, the Court has not received an amended complaint from Plaintiff.  The Court therefore **DISMISSES**

/ / /

/ / /

/ / /

**WITHOUT PREJUDICE** this action in its entirety.  The Clerk of Court **SHALL CLOSE** the file.

    **IT IS SO ORDERED.**

Dated:  October 15, 2025

                                                    */s/ Todd Robinson*
                                     Honorable Todd W. Robinson
                                     United States District Judge